Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAIDA A. PEREA,<br><br>                                            Plaintiff,<br><br>               -against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., AND LEFRAK ORGANIZATION, INC.,<br><br>                                            Defendants. | Case No.:<br>08-CV-2684<br><br><br><br><br>**NOTICE OF APPEARANCE** |

**TO:**   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

     **PLEASE TAKE NOTICE**, that defendant, HUDSON TOWERS HOUSING CO., INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
April 28, 2008

          Yours etc.,

          **HARRIS BEACH PLLC**

          _____/s/_____
          Brian A. Bender, Esq. (BAB-0218)
          HARRIS BEACH PLLC
          *Attorney for Defendant*
          ***HUDSON TOWERS HOUSING CO., INC.***
          100 Wall Street, 23rd Floor
          New York, New York 10005
          (212) 687-0100

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Hudson Tower Housing Co.'s Notice of Appearance

Dated: New York, New York
April 28, 2008

/s/
Brian A. Bender

276360.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAIDA A. PEREA,    Case No.:
    08-CV-2684
                                Plaintiff,

        -against-

BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., AND LEFRAK ORGANIZATION, INC.,

                                Defendants.

---

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100